No. 1,609.—WADSWORTH, EXECUTRIX, RESPONDENT, v.
SINGER MANUFACTURING CO., APPELLANT.

*Appeal from District Court, Silver Bow County.*

Motion to dismiss appeal submitted October 17, 1900.   De-
nied October 18, 1900.   Motion to vacate and set aside the
order heretofore made herein denying the motion to dismiss
and for a rehearing of the motion, submitted December 18,
1900.   Granted December 24, 1900.   Motion to dismiss the
appeal submitted January 11, 1901.   Decided January 11,
1901.

PER CURIAM.—Dismissed upon the ground that the appel-
lant has been guilty of negligence in failing to file the transcript
within the time prescribed by the rules of this court (Mr.
Justice Pigott dissenting) ; the charge made by the respondent
that the appellant practiced imposition upon the court at the

time of the hearing of the original motion is not sustained by the proof.

*Mr. L. J. Hamilton* and *Mr. B. S. Thresher,* for Appellant. *Messrs. Sinclair & Dygert,* for Respondent.